UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIN WARE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SMITH, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:20-CV-00102-MMD-CLB<br><br>**ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

On November 16, 2022, Defendants filed a motion for summary judgment. (ECF No. 50). Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). To date, plaintiff has failed to file an opposition.

The Court will *sua sponte* grant plaintiff one ***final*** extension of time to **Monday, January 9, 2023** to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If Plaintiff fails to file an opposition, the motion will be submitted to the Court for decision.

**IT IS SO ORDERED.**

DATED: December 12, 2022

_____
**UNITED STATES MAGISTRATE JUDGE**